In the Matter of DOMENICK MENICK, Respondent, against
HENRY E. BRUCKMAN et al., Constituting the State
Liquor Authority, Appellants.

Argued January 4, 1939; decided January 18, 1939.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for appellants.

*William D. Sporborg, Jr.,* for respondent.

Order of Appellate Division reversed and determination of State Liquor Authority of the State of New York confirmed, with costs in this court and in the Appellate Division. There was competent evidence to sustain the findings of the State Liquor Authority. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.